JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK ESPINDOLA, an individual, | Case No. 2:20-cv-03702-JWH-Ex |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WISMETTAC ASIAN FOODS, INC.; and DOES 1 TO 20, inclusive, | |
| Defendants. | |

In accordance with the Order filed concurrently herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered as follows:

1. Judgment in the above-captioned is entered in **FAVOR** of Defendant Wismettac Asian Foods, Inc. and **AGAINST** Plaintiff Rick Espindola.

2. Fictitiously named Defendants Does 1 to 20 are **DISMISSED**.

3. Plaintiff Rick Espindola shall recover nothing on his Complaint, and this action is **DISMISSED** on the merits.

4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 28, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE