1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK ESPINDOLA, | Case No. 2:20-cv-03702-JWH-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WISMETTAC ASIAN FOODS, INC., and DOES 1 to 20, inclusive, | |
| Defendants. | |

Pursuant to the Jury Verdict [ECF No. 145] rendered on February 16, 2023, and in accordance with Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1332 and 1441.

2. The operative pleading is the Complaint [ECF No. 1] of Plaintiff Rick Espindola.

3. Defendants Does 1 to 20, inclusive, are **DISMISSED**.

4. Defendant Wismettac Asian Foods, Inc., shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Rick Espindola. Plaintiff Rick Espindola shall take nothing by way of his Complaint. This action is **DISMISSED**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 21, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE